KAMALA D. HARRIS
Attorney General of California
JOYCE E. HEE
Supervising Deputy Attorney General
MARGUERITE C. STRICKLIN
Deputy Attorney General
State Bar No. 103161
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2146
  Fax: (510) 622-2270
  E-mail: Marguerite.Stricklin@doj.ca.gov

*Attorneys for Appellant*
*Franchise Tax Board*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FRANCHISE TAX BOARD,<br><br>                      Appellant,<br>v.<br><br>CHAD GREGORY MAIMONE,<br><br>                      Appellee. | 3:15-cv-03027-WHO<br><br>**VOLUNTARY DISMISSAL AGREEMENT; AND ORDER OF DISMISSAL PURSUANT TO AGREEMENT** |

      Appellant California Franchise Tax Board ("FTB") and Appellee Chad Gregory Maimone (the "Debtor"), collectively referred to as the "Parties," by and through their respective attorneys of record, hereby stipulate pursuant to Federal Rules of Bankruptcy Procedure, rule 8023, to the facts set forth below, as well as to their agreement to have the Court sign the Order set forth below, if necessary, approving FTB's voluntary dismissal of its appeal.

## RECITALS

      FTB has appealed from the Bankruptcy Court's orders first denying its motion to dismiss, and on reconsideration denying the motion again. (In re Maimone, U.S. Bankr. Ct., No. 10-7266

On August 13, 2015, the Chapter 13 Trustee in the underlying bankruptcy case filed a motion for an Order dismissing the case, or converting the proceedings to a case under Chapter 7 of the Bankruptcy Code, on the ground that the Trustee believes Debtor's plan is unfeasible based on the claims filed in the case. (*Id.*, Doc. No. 104) The Chapter 13 Trustee also gave the Debtor notice that he had 21 days from the motion's filing date, or until September 3, 2015, to request a hearing on the motion. (*Ibid*; Bankr. Local Rule 9014-1(b)(3).)

On September 3, 2015, the Debtor requested a hearing on the Trustee's motion to dismiss, and the hearing was set for October 27, 2015. (*Id.*, Doc. Nos. 107, 109.)

During the October 27 hearing, the bankruptcy court determined that the allegations of the Chapter 13 Trustee's motion are true and that there is good cause for dismissing the Debtor's bankruptcy case. (*Id.*, Doc. No. 115.) The bankruptcy court entered the Order of Dismissal on October 29, 2015. (*Id.*, Doc. No. 116.)

In light of the Order of Dismissal, FTB has reevaluated whether to maintain this appeal, and has conferred with counsel for the Debtor. The Parties agree that this appeal should be dismissed.

WHEREFORE, the Parties, by and through their attorneys of record, stipulate and agree as follows:

**AGREEMENT**

1. FTB will voluntarily dismiss this appeal;
2. The Parties will pay their own costs on appeal; and,
3. FTB will pay any remaining fees that are due, if any.

Respectfully submitted,

//
//
//
//
//
//
//

2

Dated: November 6, 2015

LAW OFFICE OF SARA LAMPI LITTLE

By: _____
Sara Lampi Little, Esq.
*Attorney for Appellee*

KAMALA D. HARRIS
Attorney General of California
JOYCE E. HEE
Supervising Deputy Attorney General

By: _____
MARGUERITE C. STRICKLIN
Deputy Attorney General
*Attorneys for Appellant*

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the clerk of the district court dismiss the appeal herein.

Dated: November 9, 2015

_____
U. S. District Court Judge